UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LESTER PAUL HALPER,

                        Plaintiff,                             **ORDER**

            -against-                            CV 05-866 (LDW)(ARL)

OYSTER BAY-EAST NORWICH CENTRAL
SCHOOL DISTRICT, et al.,

                        Defendants.
----------------------------------------------------------------X

**Lindsay, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated December 22, 2005, seeking (1) an order determining the sufficiency of the defendants' responses to the plaintiff's request for admissions; (2) an order compelling discovery and (3) an order imposing sanctions against the defendants. By order dated September 30, 2005, the undersigned extended the discovery deadline to December 16, 2005. In that order, the court warned the parties that "[g]iven the length of [the] extension and Judge Wexler's direction that the case must be trial ready no later than twelve months from the date of filing, no further adjournments will be granted." Thereafter, on December 16, 2005, the defendant sought to compel the plaintiff to reappear for a deposition. In response, the court issued an order extending the discovery deadline for the limited purpose of resolving the issues set forth in that application, but again warned the parties that no further adjournments would be granted. The plaintiff has not provided the court with any explanation as to why the instant application was made after the discovery deadline. The plaintiff was in possession of the defendants' responses to the notice to admit in November of 2005, the deadline for the defendants to respond to the court's September 1, 2005 order, which the plaintiff now claim the defendants have failed to do, was September 15, 2005, and plaintiff is now seeking to compel additional documents responsive to its May 2005 document request. Accordingly, the

plaintiff's request is denied as untimely.

Dated: Central Islip, New York
January 10, 2006

**SO ORDERED:**

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge